JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS RYLES, | NO. EDCV 14-1381-JLS(CW) |
|     Petitioner, | |
|     v. | JUDGMENT |
| WARDEN SOTO, | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 19, 2015

JOSEPHINE L. STATON
United States District Judge